BLAKE, Respondent, v. BOLTE, Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Israel O. Blake against Herman Bolte. J. P. Nieman, for appellant. Philip Carpenter, for respondent. No opinion. Motion for reargument. Motion granted. See 31 N. Y. Supp. 124.

BLOOMINGDALE et al., Respondents, v. STEUBLING, Appellant. (City Court of New York, General Term. March 19, 1895.) Action by Joseph B. Bloomingdale and others against Henry Steubling. Moses Weinman, for appellant. Charles J. Hardy, for respondents. No opinion. Order affirmed, on opinion of FITZSIMONS, J., at special term.

BLUMENTHAL v. EXINER. (City Court of New York, General Term. March 19, 1895.) Action by Isidor Blumenthal against Zacharias Exiner. Gilleran & Ford, for appellant. Steuer & Rosenthal, for respondent.

EHRLICH, C. J. The question involved was whether the defendant made the promissory notes sued upon. This was submitted to the jury, on conflicting evidence, and, their finding thereon being satisfactorily sustained by the

proofs, the judgment and order appealed from must be affirmed, with costs.

BOYDEN, Respondent, v. BALDWIN et al., Appellants. (City Court of New York, General Term. March 19, 1895.) Action by Frederick A. Boyden against Austin P. Baldwin and others. Seward, Guthrie, Morawetz & Steele, for appellants. Samuel G. Adams, for respondent.

EHRLICH, C. J. The action is to recover commissions on the sale of certain goods, under a contract made with the defendants whereby they agreed to pay the plaintiff a commission of 10 per cent. on all sales procured by him; this commission to continue on all purchases by parties the plaintiff had introduced, and who should continue to buy of the defendants. The facts constituting the plaintiff's cause of action were clearly proven, and the verdict was properly directed in his favor. Judgment affirmed, with costs.

In re BREWSTER. (Supreme Court, General Term, First Department. March 15, 1895.) No opinion. Judgment affirmed, with $10 costs and disbursements.

BRITTON, Appellant, v. HENDERSON, Respondent. (Supreme Court, General Term, First Department. March 15, 1895.) Action by George F. Britton against Kate C. Henderson. S. H. Randall, for appellant. H. C. M. Ingraham, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BRYANT, Appellant, v. BOWERY SAV. BANK, Respondent. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by J. Wilson Bryant against the Bowery Savings Bank. J. Wilson Bryant, in pro. per. Norward J. Dilley, for respondent. No opinion. Judgment affirmed, with costs, upon argument.

In re BUFFALO MUTUAL GASLIGHT CO. (Supreme Court, General Term, Fifth Department. October, 1894.) Application of the Buffalo Mutual Gaslight Company for an order directing the board of supervisors of Erie county to correct the assessment roll of the Third ward in the city of Buffalo for 1893. No opinion. Order appealed from affirmed, with costs, on the authority of In re Douglas, 48 Hun, 318, 1 N. Y. Supp. 126.

BURNS, Respondent, v. WALSH, Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Edward Burns against Augustine Walsh. No opinion. Motion for reargument denied, with $10 costs. See 31 N. Y. Supp. 788.

CALDWELL, Respondent, v. MUTUAL RESERVE FUND LIFE ASS'N, Appellant. (Supreme Court, General Term, First Department. February 15, 1895.) Action by Dimont M. Caldwell against the Mutual Reserve Fund Life Association. F. A. Burnham, for appellant. Herman Aaron, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.